# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| William Pipes, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Dakota, et. al., | ) | Case No. 1:07-cv-067 |
| | ) | |
| Defendants. | ) | |

_____

On September 20, 2007, Plaintiff William Pipes ("Pipes") lodged  a pro se complaint pursuant to 42 U.S.C. § 1983.  That same day he sent to a letter to the court requesting, inter alia, that he be "placed on parole."  On October 30, 2007, he filed what the court has construed as a motion to vacate his state court sentences.  This relief is not available in § 1983 action, however. The United States Supreme Court has made clear that a § 1983 action cannot be used to challenge, directly or indirectly, the length or validity of a prisoner's confinement and that this can only be done using habeas corpus remedies.  E.g., Wilkinson v. Dotson, 544 U.S. 74, 78-82 (2005).  His motion to vacate (Docket No. 11) is therefore **DENIED** without prejudice.  His request to be "placed on parole" is also **DENIED**.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2007.

/s/ Charles S. Miller, Jr.
_____
Charles S. Miller, Jr.
United States Magistrate Judge