**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| William Pipes, Brittany Pipes, Briana Pipes, Takoda Pipes, Isaiha Pipes, and Colton Pipes, | ) ) ) ) **ORDER GRANTING ADDITIONAL TIME TO RESPOND TO REPORT AND RECOMMENDATION** |
| Plaintiffs, | ) |
| vs. | ) ) |
| State of North Dakota, JRCC, Don Redmann, LeAnn Bertsch, Virginia Kleven, and Vicki Steckler, | ) ) Case No. 1:07-cv-067 ) |
| Defendants. | ) |

The undersigned issued a Report and Recommendation on December 10, 2007. Under Local Rule 72.1(3)(4), Plaintiffs had ten (10) days to file written objections to the Report and Recommendation.

On December 18, 2007, the Clerk's office received what the court has construed as a request from Plaintiff for additional time to file objections to the Report and Recommendation. (Docket No. 22). The court **GRANTS** Plaintiff's request and hereby **ORDERS** that Plaintiff shall have until February 15, 2008, to respond to the Report and Recommendation in the above action.

Dated this 8th day of January, 2008.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court