IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| William Pipes, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Don Redmann, in his official and individual ) | |
| capacity, and Leann Bertch, in her official ) | |
| capacity, ) | |
| ) | Case No. 1:07-cv-067 |
| Defendants. ) | |

On February 20, 2008, the court entered an order permitting Plaintiff to proceed against defendants Don Redmann in his official and individual capacities and Leann Bertsch in her official capacity, but only with respect to the following claims:

a. Claim number 1 (relating to the imposition of prison discipline)

b. Claim number 2 (alleging denial of access to the courts)

c. Claim number 3 (relating to alleged monitoring of attorney-client conversations); and

d. Claim number 8 (relating to his bad tooth).

The Clerk of Court is directed to serve Defendants with a summons and copies of Plaintiff's complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure. The Clerk's office shall also provide Defendants with copies of the undersigned's Report and Recommendation (Docket No. 23) as well as the court's order adopting the Report and Recommendation (Docket No. 26).

**IT IS SO ORDERED.**

Dated this 18th day of March, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court