# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| William Pipes, ) | |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| vs. ) | |
| ) | |
| Don Redmann, and Leann Bertsch, ) | Case No. 1:07-cv-067 |
| ) | |
| Defendants. ) | |

Before the Court is plaintiff William Pipes' uncaptioned pleading which states "All cases are hereby dismissed 1:07 cv 067 & 57." See Docket 29. The Court has construed Pipes' pleading as a motion to dismiss pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. For the following reasons, the motion is granted.

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that an action may be voluntarily dismissed by the plaintiff without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The record reveals that no answer has been filed in response to Pipes' complaint. The Court **GRANTS** the Plaintiff's Motion to Dismiss. (Docket No. 29). The Court **ORDERS** that the case against defendants Don Redmann and Leann Bertsch be dismissed without prejudice and without costs or disbursement to any party.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2008.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court